IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JENNIFER FORTY | : | No. 23-CR-105-2 (ABB) |
| | : | |

REPORT & RECOMMENDATION

**JOSÉ RAÚL ARTEAGA**                                                                                November 30, 2023
**United States Magistrate Judge**

      On November 29, 2023, I presided at a guilty plea hearing for defendant Jennifer Forty, who appeared with counsel, José Campos, Esq. The United States was represented by Assistant United States Attorney MaryTeresa Soltis. Defendant and counsel consented on the record to have me preside at the guilty plea hearing and file a recommendation on whether Judge Anita B. Brody should accept the guilty plea.

      I questioned Ms. Forty under oath on all topics included in the change of plea colloquy used by the Judge Brody, and as required by Fed.R. Crim. P. 11. A transcript of the hearing is available for review.

      Based on the sworn answers to the questions posed to Ms. Forty, and based on information provided at the hearing by her counsel, and the Assistant United States Attorney, I find that:

      1. Ms. Forty, understands the nature of her plea;

2. Ms. Forty, understands the rights her is waiving, and the consequences of pleading guilty;

3. Ms. Forty, is competent to enter a plea;

4. Ms. Forty, has entered a knowing and voluntary plea;

5. Ms. Forty, understands the elements of the charges and the maximum sentence that could be imposed; and

6. There is an independent factual basis to support the charges.

Accordingly, I respect recommend that the Court adopt the Report and Recommendation and accept Ms. Forty's guilty plea, as entered on November 29, 2023.

BY THE COURT:

Jose R. Arteaga
Digitally signed by Jose R. Arteaga
Date: 2023.11.29 15:27:19 -05'00'

**JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*