IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 23-CR-105-2 (ABB) |
| JENNIFER FORTY | : | |
| | : | |

## ORDER

**AND NOW**, this 30th day of November, 2023, upon independent review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, it is **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**. I accept the guilty plea of Jennifer Forty entered on November 29, 2023. Sentence will be imposed on **March 12, 2024 at 10:30a.m.,** in Courtroom 7-B.

BY THE COURT:

s/ANITA B. BRODY, J.
**HONORABLE ANITA B. BRODY**
*United States District Court Judge*
*Eastern District of Pennsylvania*